Alexandria PAQUET, Respondent Pro Se,

v.

Elizabeth SIMPSON, Appellant Pro Se.

No. WD 61300.

Missouri Court of Appeals, Western District.

Feb. 25, 2003.

Alexandria Paquet, Kansas City, MO, pro se.

Elizabeth Simpson, St. Louis, MO, pro se.

Before JOSEPH M. ELLIS, Chief Judge, PATRICIA BRECKENRIDGE, Judge and EDWIN H. SMITH, Judge.

### *ORDER*

PER CURIAM.

Elizabeth Simpson, acting *pro se*, appeals from an Adult Abuse/Stalking Judgment/Full Order of Protection entered against her in the Circuit Court of Platte County following an evidentiary hearing held on a petition for an order of protection filed by Alexandria Paquet. After a thorough review of the record, we conclude that the judgment is supported by substantial evidence, is not against the weight

3. *See* Rule 4–1.16.

of the evidence, and that no error of law appears. No jurisprudential purpose would be served by a formal written opinion, however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 84.16(b).